**92–1802.** State v. Freeman. *Montgomery County*, No. 12198. On motion for leave to file amended memorandum in support instanter. Motion granted.

F.E. Sweeney, J., dissents.

Resnick, J., not participating.

**92–1865.** In re Martin. *Monroe County*, No. 692. On motion for leave to file *amicus* of National Council for Adoption. Motion granted.

**92–2057.** State ex rel. Hattie v. Capots. *Franklin County*, No. 91AP–1117. On motion for leave to file *amicus* of Ohio Public Defender. Motion granted.

**92–2075.** State v. DeLisio. *Greene County*, No. 91–CA–46. On motion to reverse judgment. Motion denied.

Pfeifer, J., would dismiss.

**92–2081.** State ex rel. Waddle v. Indus. Comm. *Franklin County*, No. 91AP–1331. On motion for leave to file *amicus* of Ohio AFL–CIO et al. instanter. Motion granted.

Moyer, C.J., dissents because the motion is out of rule.

**92–2201.** Ward v. Witzman. *Stark County*, No. CA–9018. On motion for leave to file memorandum in support instanter. Motion denied.

Moyer, C.J., Douglas and Pfeifer, JJ., dissent.

On motion for leave to exceed limit. Motion denied.

Douglas, J., dissents.

**92–2213.** Scelza v. Emp. Mut. Liab. Ins. *Summit County*, No. 15451. On motion to reconsider allowance of motion to certify or, in the alternative, motion to dismiss. Motions denied.

**92–2338.** State v. Miller. *Franklin County*, No. 92AP–52. On motion to produce/transmit record. Motion denied.

Pfeifer, J., dissents.

**92–2341.** State v. Davenport. *Richland County*, No. CA–2851. On motion for leave to amend memorandum. Motion granted.

Moyer, C.J., further cautions that the amendment must be within the page limit.

F.E. Sweeney, J., dissents.

**92–2379.** Zalud Oldsmobile, Inc. v. Limbach. Board of Tax Appeals, No. 90–M–510. On motion for leave to file *amicus* of Ohio Automobile Dealers Association. Motion granted.

**92–2553.** Gem Savings Assn. v. Fitzpatrick Realty. *Montgomery County*, No. 12719. On motion for leave to amend memorandum. Motion granted.

**92–2611.** State ex rel. Fowler v. Smith. *Cuyahoga County*, No. 63728. On request for oral argument. Request denied.

**92–2642.** State v. Murnahan. *Clark County*, No. 2161. On motion for leave to file request for extension instanter. Request granted.

Resnick, J., dissents.

**93–3.** State Farm Mut. Auto Ins. Co. v. Latimore. *Cuyahoga County*, No. 63142. On motion for leave to file memorandum in support instanter. Motion granted.

Wright and F.E. Sweeney, JJ., dissent.

**93–10.** Toledo Premium Yogurt, Inc. v. Pub. Util. Comm. Public Utilities Commission, No. 91–1528–EL–CSS. On motion for leave to intervene of New Towne Mall Company et al. Motion granted.

F.E. Sweeney, J., dissents.

**93–24.** State ex rel. Yeagley v. Harden. In Quo Warranto. On motion to dismiss. Motion to dismiss overruled.